## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **AZUR SHELL LANDING DEV. II, LLC.** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:06CV523 LG-JMR** |
| | § | |
| **WASHER, HILL & LIPSCOMB, LLC** | § | **DEFENDANT/COUNTER-CLAIMANT** |
| | § | |
| **v.** | § | |
| | § | |
| **AZUR SHELL LANDING DEV. II, LLC** | § | |
| **and AZUR SHELL LANDING DEV. LLC** | § | **COUNTER-DEFENDANT** |

### JUDGMENT

This matter having come on to be heard on the Defendant/Counter-Claimant's Amended Motion to Dismiss and for Default Judgment [107], the Court, after a full review and consideration of the Defendant/Counter-Claimant's Motion and the relevant legal authority, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because Plaintiff has failed to comply with the Orders of this Court or to prosecute this action, judgment is rendered in favor of the Defendant. Plaintiff's claims against the Defendant are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 20th day of December, 2007.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE