IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| AZUR SHELL LANDING | § | |
| DEVELOPMENT II, LLC | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:06CV523 LG-JMR |
| | § | |
| WASHER, HILL AND LIPSCOMB, LLC | § | DEFENDANT/COUNTER-PLAINTIFF |
| | § | |
| v. | § | |
| | § | |
| AZUR SHELL LANDING | § | |
| DEVELOPMENT II, LLC, and AZUR | § | |
| SHELL LANDING DEVELOPMENT, LLC | § | COUNTER-DEFENDANTS |

## JUDGMENT BY DEFAULT PURSUANT TO FED. R. CIV. P. 55

THIS CAUSE came before the Court for a hearing on the Amended Motion to Dismiss and for Default Judgment [108] filed by Defendant/Counter-Plaintiff Washer, Hill & Lipscomb, LLC. The Counter-Defendants did not file a response to the Motion or attend the hearing. For the reasons stated on the record at the hearing, it is the Court's opinion that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Defendant/Counter-Plaintiff, Washer, Hill & Lipscomb, LLC, shall recover of the Counter-Defendants, Azur Shell Landing Development II, LLC and Azur Shell Development, LLC, jointly and severally, the sum of $845,847.47 in unpaid architectural services fees.

**IT IS FURTHER ORDERED AND ADJUDGED,** that the Defendant/Counter-Plaintiff, Washer, Hill & Lipscomb, LLC, shall recover of the Counter-Defendants, Azur Shell Landing Development II, LLC and Azur Shell Development, LLC, jointly and severally, the sum of $12,709.91 in contractual interest.

**IT IS FURTHER ORDERED AND ADJUDGED,** that the Defendant/Counter-

Plaintiff, Washer, Hill & Lipscomb, LLC, shall recover of the Counter-Defendants, Azur Shell Landing Development II, LLC and Azur Shell Development, LLC, jointly and severally, $58,793.75 in attorneys' fees, in addition to the costs of this action.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant/Counter-Plaintiff, Washer, Hill & Lipscomb, LLC, shall recover of the Counter-Defendants, Azur Shell Landing Development II, LLC and Azur Shell Development, LLC, jointly and severally, interest on the total sum at the rate of 3.20% until paid in full.

**IT IS FURTHER ORDERED AND ADJUDGED** that execution or other appropriate process may issue for collection of this judgment.

**SO ORDERED AND ADJUDGED** this the 21st day of December, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE