IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| AZUR SHELL LANDING DEVELOPMENT II, LLC | § § § | PLAINTIFF |
| v. | § § | CAUSE NO. 1:06CV523 LG-JMR |
| WASHER, HILL AND LIPSCOMB, LLC | § § | DEFENDANT/COUNTER-PLAINTIFF |
| v. | § § | |
| AZUR SHELL LANDING DEVELOPMENT II, LLC, and AZUR SHELL LANDING DEVELOPMENT, LLC | § § § | COUNTER-DEFENDANTS |

**CORRECTED JUDGMENT BY DEFAULT**
**PURSUANT TO FED. R. CIV. P. 55**

THIS CAUSE came before the Court for a hearing on the Amended Motion to Dismiss and for Default Judgment [108] filed by Defendant/Counter-Plaintiff Washer, Hill & Lipscomb, LLC.  The Counter-Defendants did not file a response to the Motion or attend the hearing.  For the reasons stated on the record at the hearing, it is the Court's opinion that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Defendant/Counter-Plaintiff, Washer, Hill & Lipscomb, LLC, shall recover of the Counter-Defendants, Azur Shell Landing Development II, LLC and Azur Shell Development, LLC, jointly and severally, the sum of $845,847.47 in unpaid architectural services fees.

**IT IS FURTHER ORDERED AND ADJUDGED,** that the Defendant/Counter-Plaintiff, Washer, Hill & Lipscomb, LLC, shall recover of the Counter-Defendants, Azur Shell Landing Development II, LLC and Azur Shell Development, LLC, jointly and severally, the sum of $129,994.14 in contractual interest.

**IT IS FURTHER ORDERED AND ADJUDGED,** that the Defendant/Counter-Plaintiff, Washer, Hill & Lipscomb, LLC, shall recover of the Counter-Defendants, Azur Shell Landing Development II, LLC and Azur Shell Development, LLC, jointly and severally, $58,793.75 in attorneys' fees, in addition to the costs of this action.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant/Counter-Plaintiff, Washer, Hill & Lipscomb, LLC, shall recover of the Counter-Defendants, Azur Shell Landing Development II, LLC and Azur Shell Development, LLC, jointly and severally, interest on the total sum at the rate of 3.20% until paid in full.

**IT IS FURTHER ORDERED AND ADJUDGED** that execution or other appropriate process may issue for collection of this judgment.

**SO ORDERED AND ADJUDGED** this the 15th day of March, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE